# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
## TYLER [SHERMAN] DIVISION

**DATE:** April 9, 2010

| **JUDGE**<br>**MICHAEL H. SCHNEIDER** | **COURTROOM DEPUTY:** Linda Pritchard<br>**COURT REPORTER:** Jan Mason |
|---|---|
| STEPHEN F. TEIPER<br><br>v.<br><br>CITY OF PLANO | **CIVIL ACTION NO**: **4:09CV177** |

| ATTORNEY FOR PLAINTFF | ATTORNEY FOR DEFENDANT |
|---|---|
| John E. Wall Jr. | Marigny Lanier |

| PLAINTIFF'S EXHIBIT LIST ||||||
|---|---|---|---|---|---|
| EX # | DESCRIPTION | Off | Obj | Adm | WITNESS TESTIFYING |
| P-1 | City of Plano Performance Evaluation 8/7/08 | | | | |
| P-2 | Written Reprimand issued to Teiper by Tacke 9/2/08 | | | | |
| P-3 | Letter to Teiper from Phil Dyer regarding overdraft (Legacy Bank) 9/8/08 | | | | |
| P-4 | Teiper's letter Refuting Written Reprimand 9/9/08 | | | | |
| P-5 | E-mails from Brianna Alvarado to Teiper 9/16/08 | | | | |
| P-6 | Letter to Teiper regarding FMLA certification 9/18/08 | | | | |
| P-7 | Phone message left by Teiper for Ross (not returning until released) 10/1/08 | | | | |
| P-8 | Letter from Dr. Flaming to Ross (FMLA Status) 10/7/08 | | | | |
| P-9 | Letter from Tacke to Teiper (incomplete FMLA paperwork) 10/8/08 | | | | |
| P-10 | E-mail from Teiper to Ross (Need more time to complete FMLA)10/9/08 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| P-11 | Notice of Intent to Return from FMLA Leave filled out by Teiper 10/9/08 | | | | |
| P-12 | Letter from Tacke to Teiper (proposed dismissal) 10/10/08 | | | | |
| P-13 | Certification of Health Care Provider filled out by Dr. Flaming 10/10/08 | | | | |
| P-14 | Letter from Teiper to Muehlenbeck (discussion on work issues) 10/15/08 | | | | |
| P-15 | Letter from Teiper to Muehlenbeck (appeal termination) 10/17/08 | | | | |
| P-16 | Memo from Sturns to Muehlenbeck (hostile work environment claim) 10/21/08 | | | | |
| P-17 | E-mail chain between Teiper, Muehlenbeck, Tacke 10/21/08 | | | | |
| P-18 | Memo from Muehlenbeck to Tacke (hostile work environment claim)10/22/08 | | | | |
| P-19 | Letter from Muehlenbeck to Teiper (uphold termination) 10/22/08 | | | | |
| P-20 | Letter to Teiper from Sturns (hostile work environment claim) 10/23/08 | | | | |
| P-21 | Personnel Action Form (dismissing Teiper) 10/24/08 | | | | |
| P-22 | Letter to Teiper from Gibson (outproccesing from city) 10/31/08 | | | | |
| P-23 | Letter from Flaming to Plano (FMLA Status of Teiper) 11/6/08 | | | | |
| P-24 | Letter to Ross from Teiper (vacation pay) 11/10/08 | | | | |
| P-25 | Letter to Teiper from Ross (vacation pay denied) 11/14/08 | | | | |
| P-26 | Texas Workforce Commission recording on CD | | | | |
| P-27 | Stephen Teiper's Resume | | | | |
| P-28 | Job Description for Treasurer 2/24/94 | | | | |
| P-29 | Revised Job Description for Treasurer 5/6/04 | | | | |
| P-30 | Prepared Report for deposition by Susan Anderson | | | | |
| P-31 | E-mails preceding Teiper's termination | | | | |
| P-32 | City of Plano Policies and Procedures | | | | |
| P-33 | Blank Certification of Health Care Provider (Appendix A) | | | | |
| P-34 | Blank Application for Family and Medical leave ( Appendix B) | | | | |
| P-35 | Blank Notice of Intent to Return From Family / Medical Leave(Appendix C) | | | | |

Respectfully submitted,

**LAW OFFICES OF JOHN E. WALL, JR.**
5728 Prospect Avenue, Suite 2001
Dallas, Texas 75206-7284
(214) 887-0100 (*telephone*)
(214) 887-0173 (*telecopier*)


___/s/_ John E. Wall, Jr._____
John E. Wall, Jr.
State Bar No. 20756750
*Attorney for the Plaintiff*


**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to opposing counsel as follows:

| | |
|---|---|
| Marigny A. Lanier | *Via ECF* |
| MARIS & LANIER, P.C. | |
| 5910 N. Central Expressway | |
| Suite 1310 | |
| Dallas, Texas 75206 | |

on this 9th day of April, 2010.

___/s/_ John E. Wall, Jr._____
John E. Wall, Jr.